# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In Re:  Loren C. Datlof                )
Attorney at Law, Bar No. 10331   )
                                  )       Case No.: 2:17-ms-00041
                                    )
                                    )       **ORDER OF SUSPENSION**
                                    )
                                    )
                                    )
_____)

     On May 16, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 26, 2017.  However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender; Attempted - Not Known; Unable to Forward."  The Order to Show Cause provided Ms. Datlof with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court.  No response has been received from Ms. Datlof.  Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

     Accordingly, **IT IS HEREBY ORDERED** that Loren C. Datlof, Nevada State Bar #10331, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

     **DATED** this __30__ day of June, 2017.


_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  5th  day of July, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Loren C. Datlof
2516 East Lake Mead Boulevard
North Las Vegas, Nevada 89030

Certified Mail No.:   7016 2140 0000 1723 3775

/s/ Michael Zadina
Deputy Clerk
United States District Court,
District of Nevada